# United States Bankruptcy Court
For The
Eastern District of North Carolina Wilmington Division

ANTHONY BUSH  
143 FRANCIS MARION DRIVE  
WILMINGTON, NC 28411

Case No.: 13-00923-8-SWH  
SS #1: XXX-XX-2645

## FINAL REPORT AND ACCOUNT

| | MO. | DAY | YR. | | | MO. | DAY | YR. | | | MO. | DAY | YR. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| This case was commenced on | 02 | 13 | 13 | The Plan was confirmed on | | 12 | 05 | 13 | The Case was concluded on | | 02 | 01 | 18 |

Plan Completed

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records have been filed with the Court, or are attached hereto, and are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.      $      92,914.00

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLAIM NUMBER | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | AMOUNT PAID INTEREST | BALANCE DUE |
|---|---|---|---|---|---|---|
| ANTHONY BUSH | 777 | Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| BANK OF AMERICA | 822 | DirectPay | 0.00 | 0.00 | 0.00 | DirectPay |
| RUSHMORE LOAN MANAGEMENT | 802 | Secured | 71,503.61 | 71,503.61 | 11,650.79 | 0.00 |
| NATIONSTAR MORTGAGE | 003 | Other | 0.00 | 0.00 | 0.00 | Not Filed |
| INTERNAL REVENUE SERVICE | 002 | Priority | 124.13 | 124.13 | 0.00 | 0.00 |
| NC DEPARTMENT OF REVENUE | 004 | Priority | 0.00 | 0.00 | 0.00 | Not Filed |
| PENDER COUNTY TAX | 006 | Priority | 230.38 | 230.38 | 0.00 | 0.00 |
| NCO FIN /99 | 005 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| REVENUE SYSTEMS INC | 007 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| INTERNAL REVENUE SERVICE | 002 | Unsecured | 182.46 | 182.46 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | 008 | Other | 0.00 | 0.00 | 0.00 | Not Filed |
| PROBER & RAPHAEL | 009 | Other | 0.00 | 0.00 | 0.00 | Not Filed |
| RICHARD M STEARNS | XFR-TR | Ignore | 0.00 | 0.00 | 0.00 | 0.00 |
| RUSHMORE LOAN MANAGEMENT | 801 | Secured | 430.00 | 430.00 | 0.00 | 0.00 |
| SEAN M CORCORAN, ATTORNEY | 010 | Other | 0.00 | 0.00 | 0.00 | 0.00 |
| JOSEPH A. BLEDSOE, III | XFR-TR | Ignore | 0.00 | 0.00 | 0.00 | 0.00 |
| BANK OF AMERICA | 011 | Secured | 676.00 | 676.00 | 0.00 | 0.00 |
| SHAPIRO & INGLE, LLP | 012 | Secured | 0.00 | 0.00 | 0.00 | 0.00 |
| ANTHONY BUSH | 999 | Refund | 260.31 | 260.31 | 0.00 | 0.00 |

# United States Bankruptcy Court

For The
Eastern District of North Carolina Wilmington Division

ANTHONY BUSH  
143 FRANCIS MARION DRIVE  
WILMINGTON, NC 28411

Case No.: 13-00923-8-SWH  
SS #1: XXX-XX-2645

## FINAL REPORT AND ACCOUNT

| | MO. | DAY | YR. | | | MO. | DAY | YR. | | | MO. | DAY | YR. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| This case was commenced on | 02 | 13 | 13 | | The Plan was confirmed on | 12 | 05 | 13 | | The Case was concluded on | 02 | 01 | 18 |

Plan Completed

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records have been filed with the Court, or are attached hereto, and are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.   $ 92,914.00

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLAIM NUMBER | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | AMOUNT PAID INTEREST | BALANCE DUE |
|---|---|---|---|---|---|---|
| ANDREW VINING | 013 | Secured | 0.00 | 0.00 | 0.00 | Not Filed |

SUMMARY OF CLAIMS ALLOWED AND PAID:

| | SECURED | PRIORITY | GENERAL | LATE | SPECIAL | TOTAL | |
|---|---|---|---|---|---|---|---|
| AMOUNT ALLOWED | 72,609.61 | 354.51 | 182.46 | 0.00 | 260.31 | 73,406.89 | TOTAL PAID PRINCIPAL AND INTEREST |
| PRINCIPAL PAID | 72,609.61 | 354.51 | 182.46 | 0.00 | 260.31 | 73,406.89 | |
| INTEREST PAID | 11,650.79 | 0.00 | 0.00 | 0.00 | 0.00 | 11,650.79 | 85,057.68 |

OTHER DISBURSEMENT UNDER ORDER OF COURT

| DEBTOR'S ATTORNEY | FEE ALLOWED | FEE PAID |
|---|---|---|
| ROBERT J. ANDERSON | 3,200.00 | 3,200.00 |

| COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION | FILING FEE AND DEPOSIT | ADDITIONAL CHARGES CLERK'S CHARGES | ADDITIONAL CHARGES .25 EACH CLAIM OVER 10 | TRUSTEE EXPENSE FUND | TRUSTEE COMPENSATION FUND | OTHER COST | |
|---|---|---|---|---|---|---|---|
| | 0.00 | 0.00 | | 2,428.61 | 2,227.71 | 0.00 | 4,656.32 |

WHEREFORE, your Petitioner prays that a Final Decree be entered discharging your Petitioner as Trustee and releasing your Petitioner and The Trustee's surety from any and all liability on account of the within proceedings, and closing the estate, and for such other and further relief as is just. Pursuant to FRBP 5009, I hereby certify that the above captioned case has been fully administered.

Dated: 11/20/2018

Joseph A. Bledsoe, III, Chapter 13 Trustee  
P.O. Box 1618  
New Bern, NC  28563